

# NUMBER 13-21-00224-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**IN RE CITY OF ARANSAS PASS**

On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

Relator, the City of Aransas Pass, Texas, has filed a petition for writ of mandamus seeking to compel the trial court to quash the deposition notices directed to Mayor Ramiro Gomez and Council Members Carrie Scruggs, Jan Moore, and Vickie Abrego, and former Council Member Billy Ellis. Relator has also filed a motion for emergency relief seeking to stay the trial court's order of July 16, 2021, requiring those depositions to take place.

The Court, having examined and fully considered the relator's motion for emergency relief, is of the opinion that the motion should be granted. Accordingly, we

grant the relator's motion for emergency relief and order the depositions, and the July 16, 2021 order, to be stayed pending resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, the State of Texas ex. Rel. Association Against Annexation Abuse, or any others whose interest would be directly affected by the relief sought, including but not limited to Aransas County, San Patricio County, and the State of Texas, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
23rd day of July, 2021.